UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paul Martinka,

                              Plaintiff,

            -against-

The Kohas Agency, Inc.,

                              Defendant.

24-CV-9782 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff obtained a clerk's certificate of default as to defendant on February 20, 2025. Dkt. 12. The Court set a briefing schedule shortly thereafter, Dkt. 13, and then granted a two-week extension of the deadline to move for default judgment. Dkt. 16. Defendant has now appeared in the case. Dkt. 17.

The remote initial pretrial conference scheduled for March 26, 2025 at 2:30 PM is rescheduled to **April 9, 2025 at 2:30 PM**. The dial-in information and associated deadlines, all in the Court's Order at Dkt. 7, remain the same.

SO ORDERED.

Dated: March 24, 2025
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge